## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

IN THE MATTER OF:

| | | |
|---|---|---|
| ARDIS J. GUMP, | ) | NO.: 11-2416 |
| | ) | |
| Claimant/Respondent | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| WEST VIRGINIA CWP FUND, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| and | ) | |
| | ) | |
| DIRECTOR, OFFICE OF WORKERS' | ) | |
| COMPENSATION PROGRAMS, | ) | |
| UNITED STATES DEPARTMENT | ) | |
| OF LABOR, | ) | |
| | ) | |
| Respondent | ) | |

## MOTION FOR APPROVAL OF A REPRESENTATIVE'S FEE
## FOR LEGAL SERVICES PERFORMED ON BEHALF OF
## ARDIS J. GUMP, CLAIMANT/RESPONDENT

Heath M. Long, Esquire, legal counsel for the Claimant/Respondent, Ardis J. Gump, hereinafter referred to as Claimant, respectfully requests that Your Honorable Court approve this Motion for legal services performed on his behalf.

1. Counsel has received Judgment filed April 15, 2014, from the United States Court of Appeals for the Fourth Circuit denying Petitioner's petition for review.

2. Counsel has represented Claimant throughout his pursuit of federal black lung benefits.

3. Attached hereto is a complete, itemized statement of the necessary work performed on behalf of Claimant reflecting 58.50 hours totaling $15,781.25.

4. Counsel's customary billing rate in federal black lung cases for services performed after March 25, 2009, is $225 per hour, after January 1, 2013, is $250 per hour and after January 1, 2014, is $275 per hour.

5. Counsel has not received any fees for services performed on behalf of Claimant in pursuit of his claim for federal black lung benefits.

6. A copy of this Motion together with all documents attached thereto has been provided to Claimant and all interested parties as appears on the Certificate of Service.

WHEREFORE, in light of the circumstances outlined above, Counsel respectfully requests that Your Honorable Court approve his Motion for Approval of a Representative's Fee for Legal Services Performed on Behalf of Ardis J. Gump, Claimant/Respondent.

Respectfully submitted,

/s/ Heath M. Long
Pawlowski, Bilonick & Long
P.O. Box 658
603 North Julian Street
Ebensburg, PA  15931
(814)472-7046
Counsel for Claimant/Respondent

| DATE | SERVICES RENDERED | TIME |
|---|---|---|
| 12/21/2011 | Receipt and review, in conjunction with file, of Notice of Appeal from Ashley M. Harman, Esquire | .25 |
| 12/28/2011 | Receipt and review, in conjunction with file, of Docketing Notice – Petition for Review and Briefing Order | .25 |
| 1/10/2012 | Receipt and review, in conjunction with file, of Appearance of Counsel Form, Disclosure of Corporate Affiliations and Docketing Statement from Ashley M. Harman, Esquire | .50 |
| 1/11/2012 | Receipt and review, in conjunction with file, of Appearance of Counsel Form from Ann M. Scarpino, Esquire | .25 |
| 1/13/2012 | Receipt and review, in conjunction with file, of WV CWP Fund's Motion to Hold Appeal in Abeyance and Stay the Briefing Schedule from Ashley M. Harman, Esquire | .50 |
| 1/18/2012 | Receipt and review, in conjunction with file, of Docketing Forms Follow-Up Notice | .25 |
| 1/18/2012 | Receipt and review, in conjunction with file, of WV CWP Fund's Motion to Suspend Briefing or Extend Time to File Opening Brief and Joint Appendix from Ashley M. Harman, Esquire | .25 |
| 1/19/2012 | Receipt and review, in conjunction with file, of Order | .25 |
| 1/26/2012 | Preparation, in conjunction with file, of Appearance of Counsel Form and Disclosure of Corporate Affiliations by Heath M. Long, Esquire | .25 |
| 2/2/2012 | Receipt and review, in conjunction with file, of Appearance of Counsel of Gary K. Stearman, Esquire | .25 |
| 2/6/2012 | Receipt and review, in conjunction with file, of Order | .25 |
| 10/16/2012 | Receipt and review, in conjunction with file, of WV CWP Fund's Motion to Hold Claim in Abeyance and Designate a Lead Case from Ashley M. Harman, Esquire | .25 |
| 10/25/2012 | Receipt and review, in conjunction with file, of Order | .25 |
| 8/2/2013 | Receipt and review, in conjunction with file, of Briefing Order | .25 |
| 8/29/2013 | Receipt and review, in conjunction with file, of WV CWP Fund's Motion to Extend the Time to File its Opening Brief and Joint Appendix from Ashley M. Harman, Esquire | .25 |
| 8/29/2013 | Receipt and review, in conjunction with file, of Order | .25 |
| 10/3/2013 | Receipt and review, in conjunction with file, of WV CWP Fund's Motion to Extend the Time to File its Opening Brief and Joint Appendix from Ashley M. Harman, Esquire | .25 |
| 10/3/2013 | Receipt and review, in conjunction with file, of Order | .25 |

| DATE | SERVICES RENDERED | TIME |
|------|-------------------|------|
| 10/3/2013 | Receipt and review, in conjunction with file, of WV CWP Fund's Motion to Seal a Complete Version of its Opening Brief and Joint Appendix from Ashley M. Harman, Esquire | .25 |
| 10/7/2013 | Receipt and review, in conjunction with file, of Corrected Order | .25 |
| 10/30/2013 | Receipt and review, in conjunction with file, of Briefing Order | .25 |
| 12/5/2013 | Receipt and review, in conjunction with file, of WV CWP Fund's Motion to Extend the Filing Time to File its Opening Brief from Kevin T. Gillen, Esquire | .25 |
| 12/5/2013 | Receipt and review, in conjunction with file, of Order | .25 |
| 12/6/2013 | Receipt and review, in conjunction with file, of Joint Appendix from Kevin T. Gillen, Esquire | .50 |
| 12/12/2013 | Receipt and review, in conjunction with file, of amended Docketing Statement from Ashley Harman, Esquire | .25 |
| 12/20/2013 | Receipt and review, in conjunction with file, of Opening Brief of Petitioner from Ashley M. Harman, Esquire and Kevin T. Gillen, Esquire | 1.00 |
| 12/26/2013 | Receipt and review, in conjunction with file, of Docketing Forms Follow-Up Notice | .25 |
| 12/26/2013 | Receipt and review, in conjunction with file, of Appearance of Counsel Form from Kevin T. Gillen, Esquire | .25 |
| 1/6/2014 | Receipt and review, in conjunction with file, of Tentative Session Assignment | .25 |
| 1/10/2014 | Receipt and review, in conjunction with file, of Director's Unopposed Motion for an Enlargement of Time Within White to File a Separate Response Brief | .25 |
| 1/10/2014 | Receipt and review, in conjunction with file, of Order | .25 |
| 1/17/2014 | Receipt and review, in conjunction with file, of Appearance of Counsel Form from Sean G. Bajkowski, Esquire | .25 |
| 1/20/2014 | Receipt and review, in conjunction with file, of Appearance of Counsel Form from William S. Mattingly, Esquire | .25 |
| 1/23/2014 | Receipt and review, in conjunction with file, of Oral Argument Notification | .25 |
| 1/24/2014 | Receipt and review, in conjunction with file, of Oral Argument Notification from Ann Marie Scarpino, Esquire | .25 |
| 1/24/2014 | Preparation, in conjunction with file, of Claimant Motion for Enlargement of Time Within White to File Its Response Brief | .50 |
| 1/24/2014 | Receipt and review, in conjunction with file, of Order | .25 |

| DATE | SERVICES RENDERED | TIME |
|---|---|---|
| 1/29/2014 | Receipt and review, in conjunction with file, Oral Argument Acknowledgment from William S. Mattingly, Esquire | .25 |
| 1/30/2014 | Receipt and review, in conjunction with file, of Corrected Order | .25 |
| 2/14/2014 | Preparation, in conjunction with file, of Claimant's Motion for Second Enlargement of Time Within Which to File Its Response Brief | .50 |
| 2/14/2014 | Receipt and review, in conjunction with file, of Order | .25 |
| 2/14/2014 | Receipt and review, in conjunction with file, of Brief for Federal Respondent | .50 |
| 2/17/2014 | Review of file, research and preparation of Brief of Respondent | 3.00 |
| 2/18/2014 | Review of rough draft and revisions to Brief of Respondent | 1.00 |
| 2/18/2014 | Receipt and review, in conjunction with file, of Docket Correction Notice | .25 |
| 2/20/2014 | Preparation, in conjunction with file, of Claimant's Motion for Leave to File Brief Out of Time | .25 |
| 2/21/2014 | Receipt and review, in conjunction with file, of Order | .25 |
| 3/7/2014 | Receipt and review, in conjunction with file, of Reply Brief of Petitioner from William S. Mattingly, Esquire and Kevin T. Gillen, Esquire | 1.00 |
| 3/10/2014 | Receipt and review, in conjunction with file, of Oral Argument Acknowledgment from Sean G. Bajkowski, Esquire | .25 |
| 3/13/2014 | Receipt and review, in conjunction with file, of Supplemental Authorities from Sean G. Bajkowski, Esquire | .50 |
| 3/14/2014 | Preparation, in conjunction with file, of Oral Argument Acknowledgment | .25 |
| 3/16/2014 | Review of file in preparation for Oral Argument | 6.00 |
| 3/17/2014 | Review of file in preparation for Oral Argument | 8.00 |
| 3/18/2014 | Review of file in preparation for Oral Argument | 2.00 |
| 3/18/2014 | Travel to Richmond, Virginia, for Oral Argument | 6.00 |
| 3/18/2014 | Review of file in preparation for Oral Argument | 3.00 |
| 3/19/2014 | Review of file in preparation for Oral Argument | 3.00 |
| 3/19/2014 | Representation of Claimant and participation in Oral Argument | 5.00 |
| 3/19/2014 | Travel from Richmond, Virginia, following Oral Argument | 5.00 |

| DATE | SERVICES RENDERED | TIME |
|------|-------------------|------|
| 4/15/2014 | Receipt and review, in conjunction with file, of Unpublished Per Curiam Opinion, Notice of Judgment and Judgment | 1.00 |

**3.75 hours @ $225 per hour = $843.75**
**4.75 hours @ $250 per hour = $1,187.50**
**50 hours @ $275 per hour = $13,750**

<u>**CERTIFICATE OF SERVICE**</u>

I, Heath M. Long, do hereby certify that I served the **Motion for Approval of a**

**Representative's Fee for Legal Services Performed on Behalf of Ardis J. Gump,**

**Claimant/Respondent** upon the following this 5th day of May, 2014.

***Electronic Delivery:***

> Patricia S. Connor, Clerk of Court
> U.S. Court of Appeals for the Fourth Circuit
> Lewis F. Powell, Jr.
> United States Courthouse Annex
> 1100 E. Main Street, 501
> Richmond, VA 23219-3517

> Ann Marie Scarpino, Esquire
> Sean J. Bajkowski, Esquire
> U.S. Department of Labor
> Office of the Solicitor
> Francis Perkins Building, Suite N-2117
> 200 Constitution Ave., N.W.
> Washington, DC 20210

> William S. Mattingly, Esquire
> Ashley M. Harman, Esquire
> Kevin T. Gillen, Esquire
> Jackson & Kelly
> P.O. Box 619
> Morgantown, WV 26507

***First Class Mail:***

> Mr. Ardis J. Gump
> Route #1, Box 234
> Wallace, WV 26448

Respectfully submitted,

<u>/s/ Heath M. Long</u>
Heath M. Long, Esquire
PAWLOWSKI, BILONICK & LONG
Counsel for Respondent